IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO MATA TAPIA, | 1:06-CV-1520 AWI DLB HC |
| Petitioner, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED |
| vs. | IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST |
| M. S. EVANS, | ACCOUNT STATEMENT **OR** PAY FILING FEE |
| Respondent. / | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, petitioner's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, petitioner has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement **or** pay the $5.00 filing fee.

1

Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

    2. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:    **November 21, 2006**              /s/ **Dennis L. Beck**
ah0l4d                                               UNITED STATES MAGISTRATE JUDGE