UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO MATA TAPIA,<br><br>      Petitioner,<br><br>v.<br><br>M.S. EVANS,<br><br>      Respondent. | 1:06-cv-01520-LJO-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14)<br><br>**ORDER DISMISSING CERTAIN CLAIMS** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On May 10, 2007, the Magistrate Judge filed Findings and Recommendations that Grounds One and Four of the Petition for Writ of Habeas Corpus be DISMISSED for failure to state a claim cognizable under 28 U.S.C. § 2254.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On June 22, 2007, Petitioner filed objections to the Findings and Recommendations.

//

/

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 10, 2007, are ADOPTED IN FULL;

2. Grounds One and Four of the Petition for Writ of Habeas Corpus are DISMISSED for failure to state a claim cognizable under 28 U.S.C. § 2254; and

3. The matter is referred back to the Magistrate Judge for issuance of a briefing schedule.

IT IS SO ORDERED.

**Dated:   July 6, 2007**                            **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE